**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ENIER DIAZ DELIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-3056-SLP |
| | ) | |
| DIAMONDBACK CENTER DIRECTOR, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

The Court is in receipt of a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1]. Upon review, the Petition is unsigned. *See* 28 U.S.C. § 2242 (An "[a]pplication or a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf."). Accordingly, Petitioner is DIRECTED to promptly correct the deficiency by refiling a properly signed and verified version of the Petition [Doc. No. 1] within twenty-one (21) days of the date of this Order, or by November 18, 2026. The Clerk of Court is DIRECTED to mail a copy of the Petition [Doc. No. 1] to Petitioner for his signature and verification.

IT IS SO ORDERED this 28th day of October, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**